<u>ORAL ARGUMENT NOT YET SCHEDULED</u>

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| STATE OF UTAH, et al., <br><br>      Petitioners, <br><br>    v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and MICHAEL S. REGAN, <br><br>      Respondents. | Case Nos. 23-1157, 23-1181, 23-1183, 23-1190, 23-1191, 23-1193, 23-1195, 23-1199, and 23-1202, 23-1205 |

On Petitions for Review of Final Action of the
United States Environmental Protection Agency

**<u>INTERVENOR-RESPONDENTS' JOINT MOTION TO EXTEND RESPONSE LENGTH AND FILE CONSOLIDATED RESPONSES TO STAY MOTIONS</u>**

LETITIA JAMES
  *Attorney General of New York*

JUDITH N. VALE
  *Deputy Solicitor General*
ELIZABETH A. BRODY
  *Assistant Solicitor General*
MORGAN A. COSTELLO
CLAIBORNE E. WALTHALL
  *Assistant Attorneys General*
   *Of Counsel*

BARBARA D. UNDERWOOD
  *Solicitor General*
State Capitol
Albany, NY 12224
(518) 776-2380
claiborne.walthall@ag.ny.gov

Dated: August 11, 2023

*Counsel for Intervenor-Respondent State of New York*
*Counsel for Additional Movants Listed on Signature Pages*

State and Local Government Intervenor-Respondents[1] and Environmental and Public Health Intervenor-Respondents[2] jointly request a word count of 14,300 total words to be divided between up to two consolidated opposition filings, coordinated to avoid duplication, in response to the stay motions filed in Case Nos. 23-1181, 23-1183, 23-1190, 23-1191, 23-1193, 23-1195, 23-1199, 23-1202, and 23-1205.[3]

The six motions at issue seek to stay in whole or in part the Federal 'Good Neighbor Plan' for the 2015 Ozone National Ambient Air Quality Standards, 88 Fed. Reg. 36654 (June 5, 2023) (Good Neighbor Plan) pending adjudication of petitions for review of the Good Neighbor Plan. In accordance with Circuit Rule 27(h), movants consulted with counsel for the EPA Respondents and all Petitioners who have active filed stay

---

[1] New York, Connecticut, Delaware, Illinois, Maryland, New Jersey, Wisconsin, Massachusetts, Pennsylvania, the District of Columbia, the City of New York, and Harris County, Texas.

[2] Air Alliance Houston, Appalachian Mountain Club, Center for Biological Diversity, Chesapeake Bay Foundation, Citizens for Pennsylvania's Future, Clean Air Council, Clean Wisconsin, Downwinders at Risk, Environmental Defense Fund, Louisiana Environmental Action Network, Sierra Club, Southern Utah Wilderness Alliance, and Utah Physicians for a Healthy Environment.

[3] Briefing on a stay motion filed by Utah in No. 23-1157 is suspended by the Court's August 9, 2023, Order. Doc. 2011503.

motions, and were informed as follows: EPA consents to this request. State Petitioners Ohio, West Virginia and Indiana take no position. Industry Petitioners in 23-1181, 23-1190, 23-1191, 23-1193, 23-1195, 23-1199, 23-1202, 23-1205[4] do not oppose State and Local Government and Environmental and Public Health Intervenor-Respondents seeking separate consolidated briefing; do oppose the proposed limit of 14,300 words; and would not oppose 10,000 words divided among the two briefs. The reasons for this motion are as follows:

1.    The petitions for review challenge EPA's Good Neighbor Plan, which the agency promulgated under the "Good Neighbor Provision" of the Clean Air Act, 42 U.S.C. § 7410(a)(2)(D)(i)(I), to reduce the interstate transport of ozone-forming air pollutants from "upwind" sources that significantly contribute to harmful levels of ozone in "downwind" areas, including those in State and Local Government Intervenor-Respondents'

---

[4] Kinder Morgan, Inc., American Forest & Paper Association, America's Power, Associated Electric Cooperative, Inc., Deseret Power Electric Cooperative, Midwest Ozone Group, National Mining Association, the National Rural Electric Cooperative Association, Ohio Valley Electric Corporation, the Portland Cement Association, Wabash Valley Power Alliance, TransCanada PipeLine USA Ltd, Interstate Natural Gas Association of America, American Petroleum Institute, and Enbridge.

jurisdictions and in locations impacting Environmental and Public Health Intervenor-Respondents' members and interests.

2.    Motions to stay the Good Neighbor Plan in whole or in part were filed on July 19 by Ohio, Indiana, West Virginia, Doc. 2008555 (5,024 words); on July 27 by Kinder Morgan Inc., Doc. 2009836 (5,200 words or less); on July 27 by the Interstate Natural Gas Association of America and the American Petroleum Institute, Doc. 2009932 (5,186 words); on August 2 by the American Forest & Paper Association and others, Doc. 2010655 (5,170 words); on August 4 by Enbridge (U.S.) Inc.; Doc. 2011121 (5,128 words); and on August 8 by TransCanada PipeLine USA Ltd, Doc. 2011451 (5,198 words).

3.    On August 9, the Court granted EPA's motion to set an August 18 deadline for responses to all active stay motions except TransCanada's motion. Because TransCanada's motion was filed on August 8, and thus the deadline for response is currently August 18, Intervenor-Respondents intend to respond to it in their respective consolidated oppositions.

3

4.     On August 10, the Court granted in part EPA's motion to file a consolidated response with an enlarged word count, ordering EPA to file a consolidated response of no more than 14,300 words. Doc. 2011681.

5.     The six stay motions pending before the Court with active briefing raise a range of issues regarding purported harms to a variety of parties absent a stay and petitioners' likelihood of success on the merits, which Intervenor-Respondents intend to address to protect their interests in the Good Neighbor Plan's continuing effectiveness.

6.     The two groups of Intervenor-Respondents, representing State and Local Governments and Environmental and Public Health organizations, respectively, intend to respond to the motions with oppositions coordinated to avoid duplication.

7.     The Court has ordered respondents to file a consolidated response of 14,300 words. Given that the pending stay motions share a common statutory and regulatory context, and some common issues of fact and law, Intervenor-Respondents do not believe it is necessary for each of State and Local Government Intervenor-Respondents and Environmental and Public Health Intervenor-Respondents to file a full-length response to each stay motion, nor that each separately would need

the same number of words allocated to EPA for a consolidated response. Intervenor-Respondents believe that two consolidated filings, each representing their unique, distinct interests in opposing the stay motions, with the same number of total words as EPA, would be adequate to represent their interests and would best serve judicial economy. This proposed word limit to respond to six stay motions is only 3,900 words— or 18%—more than two standard-length responses to a single stay motion.

8.    Intervenor-Respondents therefore request 14,300 total words for the two groups of Intervenor-Respondents to use in up to two consolidated oppositions, coordinated to avoid duplication.

9.    If the Court denies this request, Intervenor-Respondents request that they be permitted to file two standard-length consolidated oppositions of 5,200 words each, one for each group of Intervenor-Respondents. *Cf.* Fed. R. App. P. 27(d)(2).

Dated: August 11, 2023

Respectfully submitted,

FOR THE STATE OF
NEW YORK

LETITIA JAMES
Attorney General

BARBARA D. UNDERWOOD
  *Solicitor General*
JUDITH N. VALE
  *Deputy Solicitor General*
ELIZABETH A. BRODY
  *Assistant Solicitor General*
MORGAN A. COSTELLO
  *Assistant Attorney General*
    of Counsel

*/s/ Claiborne E. Walthall*[5]
CLAIBORNE E. WALTHALL
Assistant Attorney General
The Capitol
Albany, NY 12224
(518) 776-2380
claiborne.walthall@ag.ny.gov

FOR THE STATE OF
CONNECTICUT

FOR THE STATE OF
DELAWARE

WILLIAM TONG
Attorney General of
Connecticut

KATHLEEN JENNINGS
Attorney General of Delaware

*/s/ Jill Lacedonia*
JILL LACEDONIA
Assistant Attorney General
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5250
Jill.Lacedonia@ct.gov

*/s/ Christian Douglas Wright*
CHRISTIAN DOUGLAS WRIGHT
Director of Impact Litigation
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
Christian.wright@delaware.gov

---

[5] Counsel for the State of New York certifies that the other parties
listed in the signature blocks consent to this filing.

6

FOR THE DISTRICT OF COLUMBIA

BRIAN L. SCHWALB
Attorney General of the District of Columbia

*/s/ Caroline S. Van Zile*
CAROLINE S. VAN ZILE
Solicitor General
Office of the Attorney General for the District of Columbia
400 6th Street N.W., Ste 8100
Washington, D.C. 20001
Tel. (202) 724-6609
caroline.vanzile@dc.gov

FOR THE STATE OF ILLINOIS

KWAME RAOUL
Attorney General

*/s/ Elizabeth Dubats*
ELIZABETH DUBATS
Supervising Attorney
JASON E. JAMES
Assistant Attorney General
MATTHEW DUNN
Chief, Environmental Enforcement/
Asbestos Litigation Division
Illinois Office of the Attorney General
69 W. Washington, Suite 1800
Chicago, IL 60602
(312) 814-2069
elizabeth.dubats@ilag.gov

FOR THE STATE OF MARYLAND

ANTHONY G. BROWN
Attorney General of Maryland

*/s/ Joshua M. Segal*
JOSHUA M. SEGAL
Special Assistant Attorney General
Office of the Attorney General
200 St. Paul Place
Baltimore, MD 21202
(410) 576-6446
jsegal@oag.state.md.us

FOR THE COMMONWEALTH OF MASSACHUSETTS

ANDREA JOY CAMPBELL
Attorney General of Massachusetts

*/s/ Jillian M. Riley*
JILLIAN M. RILEY
JOHN S. CRAIG
JULIA JONAS-DAY
Assistant Attorneys General
Office of the Attorney General
One Ashburton Place
Boston, MA 02108
(617) 963-2424
jriley@mass.gov

7

FOR THE STATE OF
NEW JERSEY

MATTHEW J. PLATKIN
Attorney General of New Jersey

*/s/ Lisa Morelli*
LISA MORELLI
Deputy Attorney General
Division of Law
25 Market St., P.O. Box 093
Trenton, NJ 08625
Telephone: (609) 376-2735
Email:
lisa.morelli@law.njoag.gov


FOR THE STATE OF
WISCONSIN

JOSHUA L. KAUL
Attorney General of Wisconsin

*/s/ Gabe Johnson-Karp*
GABE JOHNSON-KARP
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53702-7857
Telephone: (608) 267-8904
Fax: (608) 267-2223
johnsonkarpg@doj.state.wi.us


FOR THE COMMONWEALTH
OF PENNSYLVANIA

MICHELLE A. HENRY
Attorney General

*/s/ Ann R. Johnston*
ANN R. JOHNSTON
Assistant Chief Deputy Attorney
General
Office of the Attorney General
Civil Environmental
Enforcement Unit
Strawberry Square
14th Floor
Harrisburg, PA 17120
ajohnston@attorneygeneral.gov
717-497-3678


FOR THE CITY OF
NEW YORK

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of the City
of New York

*/s/ Christopher Gene King*
CHRISTOPHER GENE KING
Senior Counsel, Environmental
Law Division
New York City Law Department
100 Church Street
New York, NY 10007
cking@law.nyc.gov

FOR HARRIS COUNTY, TEXAS

CHRISTIAN MENEFEE
Harris County Attorney
JONATHAN FOMBONNE
First Assistant County Attorney
TIFFANY BINGHAM
Managing Counsel

*/s/ Sarah Jane Utley*
SARAH JANE UTLEY
Environmental Division Director
State Bar No. 24042075
1019 Congress, 15th Floor
Houston, Texas 77002
Telephone: (713) 274-5124
Fax: (713) 437-4211
Email:
sarah.utley@harriscountytx.gov

/s/ Megan M. Herzog
Megan M. Herzog
Sean H. Donahue
Donahue & Goldberg, LLP
1008 Pennsylvania Avenue SE
Washington, DC 20003
(650) 353-8719
megan@donahuegoldberg.com
sean@donahuegoldberg.com

Vickie L. Patton
Michael Panfil
Noha Haggag
Environmental Defense Fund
2060 Broadway, Ste. 300
Boulder, CO 80302
(202) 572-3286
vpatton@edf.org
mpanfil@edf.org
nhaggag@edf.org

*Counsel for Environmental
Defense Fund*

/s/Ariel Solaski
Ariel Solaski
Chesapeake Bay Foundation,
Inc.
6 Herndon Ave.
Annapolis, MD 21403
Phone: (443) 482-2171
Fax: (410) 268-6687
asolaski@cbf.org

*Counsel for Chesapeake Bay
Foundation, Inc*

/s/ Shaun A. Goho
Shaun A. Goho
Hayden Hashimoto
Clean Air Task Force
114 State Street, 6th Floor
Boston, MA 02109
617-624-0234
sgoho@catf.us
hhashimoto@catf.us

*Counsel for Citizens for
Pennsylvania's Future, Clean Air
Council, and Clean Wisconsin*

/s/ Joshua D. Smith
Joshua D. Smith
Sierra Club
2101 Webster Street, Suite 1300
Oakland, California 94612
415-977-5560
415-977-5704
joshua.smith@sierraclub.org

Zachary M. Fabish
Sierra Club
50 F St. NW, 8th Floor
Washington, DC 20001
650-388-8446
zachary.fabish@sierraclub.org

*Counsel for Sierra Club*

<ins>/s/ Kathleen L. Riley</ins>
Kathleen L. Riley
Seth L. Johnson
Earthjustice
1001 G St. NW, Ste. 1000
Washington, DC 20001
202-745-5227
202-797-5245
kriley@earthjustice.org
sjohnson@earthjustice.org

*Counsel for Air Alliance
Houston, Appalachian Mountain
Club, Center for Biological
Diversity, Chesapeake Bay
Foundation, Downwinders at
Risk, Louisiana Environmental
Action Network, Sierra Club,
Southern Utah
Wilderness Alliance, and Utah
Physicians for a Healthy
Environment*

# CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT

The undersigned attorney, Claiborne E. Walthall, hereby certifies:

1.     This document complies with the type-volume limitations of Fed. R. App. P. 27(d)(2). According to the word processing system used in this office, this document contains 900 words.

2.     This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and 27(d)(1)(E) and the type-style requirements of Fed. R. App. P. 32(a)(6) and 27(d)(1)(E) because this document has been prepared in a proportionally spaced typeface in 14-point Century Schoolbook.

Dated: August 11, 2023          */s/ Claiborne E. Walthall*
                                Claiborne E. Walthall
                                Assistant Attorney General
                                New York State Office of
                                the Attorney General
                                Environmental Protection Bureau
                                The Capitol
                                Albany, New York 12224
                                (518) 776-2380
                                claiborne.walthall@ag.ny.gov

12

## CERTIFICATE OF SERVICE

I certify that the foregoing Intervenor-Respondents' Joint Motion to Extend Response Length and File Consolidated Responses to Stay Motions, was filed on August 11, 2023 with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit through the Court's CM/ECF system and that, therefore, service was accomplished upon counsel of record by the Court's system.

Dated: August 11, 2023          */s/ Claiborne E. Walthall*
                                Claiborne E. Walthall
                                Assistant Attorney General
                                New York State Office of
                                the Attorney General
                                Environmental Protection Bureau
                                The Capitol
                                Albany, NY 12224
                                (518) 776-2380
                                claiborne.walthall@ag.ny.gov